JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 890 -- In re General Development Corporation Securities Litigation

| Date | Pldg. | Pleading Description |
|---|---|---|
| 91/04/24 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 - A-8) -- Filed by Deft. KPMG Peat Marwick -- SUGGESTED TRANSFEREE DISTRICT: S.D. FLORIDA -- SUGGESTED TRANSFEREE JUDGE: ? -- w/Exhibits A - I and cert. of svc. (received on 4/23/91) (rh) |
| 91/04/24 | 2 | REQUEST TO FILE 23 PAGES (FOR BRIEF) -- KPMG Peat Marwick -- GRANTED ON APRIL 23, 1991 (received on 4/23/91) (rh) |
| 91/04/26 | 3 | AMENDED TO SCHEDULE OF ACTIONS -- Filed by KPMG Peat Marwick -- A-9 Harry Drooker v. Painewebber, Inc., et al., S.D. Fla., C.A. No. 91-0483 -- w/cert. of svc. (received 4/25/91) (rh) |
| 91/05/06 | | APPEARANCES -- SCOTT W. FISHER, ESQ. for Harold Menowitz, Stanton Spritzler; STUART H. SAVETT, ESQ. for Alan Tapken, Sara Shields, John Nitti, David Jaroslawicz, Helen Fabrikant, Carl Goldman; BRUCE W. KEIHNER, ESQ. for Harry Drooker; STEVEN M. EDWARDS, ESQ. for David Brown; JOEL HIRSCHHORN, ESQ. for Robert F. Ehrling; ROBERT T. WRIGHT, JR., ESQ. for George T. Scharffenberger, Marshall Manley, Edwin I. Hatch, Eben W. Pyne, Charles J. Simons, Reubin O'D Askew, Peter Brinckerhoff, Howard L. Clark, Jr.; LEWIS N. BROWN, ESQ. for KPMG Peat Marwick; JAMES J. HAGAN, ESQ. for Painewebber, Inc., Merrill Lynch, Pierce, Fenner & Smith, Inc., Merrill Lynch Capital Markets; SAMUEL D. ARMSTRONG, ESQ. for Gerald Stillwell; MARK HICKS, ESQ. for Ambase Corporation; RONALD B. RAVIKOFF, ESQ. for Joseph P. Zdon, Jr.  (sg) |
| 91/05/07 | 4 | RESPONSE -- Filed by Deft. Joseph P. Zdon, Jr. -- w/cert. of svc. (sg) |
| 91/05/13 | 5 | RESPONSE (to pldg. #1) Pltfs. Menowitz and Spritzler -- w/cert. of svc. (rew) |
| 91/05/13 | 6 | RESPONSE (to pldg. #1) Florida plaintiffs (Consolidated actions) w/cert. of svc. (rew) |
| 91/05/14 | | APPEARANCE -- RONALD B. RAVIKOFF, ESQ. for Deft. William McQuillan.  (rew) |
| 91/05/14 | 7 | BRIEF/RESPONSE (to plsf. #1) -- PAINEWEBBER INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INC. and MERRILL LYNCH CAPITAL MARKETS w/cert. of svc.  (rew) |
| 91/05/14 | 8 | ADOPTION OF KPMG PEAT MARWICK'S MOTION AND SUPPORTING BRIEF (Pldg. No. 1) -- Defendants Reubin O'D. Askew, Peter R. Brinckerhoff, Howard L. Calrk, Edwin I. Hatch, Marshall Manley, eben W. Pyne, George T. scharffenberger and Charles J. Simons w/cert. of svc. (rew) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____  --  _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 91/05/16 | 9 | RESPONSE -- Filed by plft. Harry Drooker -- w/cert. of svc. (sg) |
| 91/05/17 | 10 | ADOPTION OF ROBERT F. EHRLING (Pldg. #1) -- Filed by deft. Robert F. Ehrling -- w/cert. of svc. (sg) |
| 91/05/17 | 11 | RESPONSE -- Filed by deft. David F. Brown -- w/cert. of svc. (sg) |
| 91/05/23 | 12 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- Filed by deft. KPMG Peat Marwick -- EXTENSION OF TIME GRANTED TO and including June 5, 1991 -- Notified involved counsel  (sg) |
| 91/06/06 | 13 | REPLY BRIEF -- deft. KPMG Peat Marwick w/cert. of svc. (ds) |
| 91/06/14 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on July 26, 1991 in Portland Maine  (sg) |
| 91/07/26 | | LEWIS N. BROWN, ESQ. for KPMG Peat Marwick; ROBERT T. WRIGHT, ESQ. for Peter R. Brinckerhoff, Charles J. Simons, George T. Scharffenberger, Marshall Manley, Reubin O'D. Askew, Howard L. Clark, Edwin I. Hatch and Eben W. Pyne; JAMES J. HAGAN, ESQ. for PaineWebber, Inc., Merrill Lynch, Pierce, Fenner & Smith, Inc. and Merrill Lynch Capital Markets; SCOTT W. FISHER, ESQ. for Harold Menowitz and Stanton Spritzler (ds) |
| 91/07/26 | | WAIVERS OF ORAL ARGUMENT (hearing on 7/26/91 in Portland Maine) -- Robert F. Ehrling, Ambase Corp., Joseph P. Zdon, Jr., Gerald A. Stilwell, Alan Tapken, Sara Shields, John Nitti, David Jaroslawicz, Helen Fabrikant and Carl Goldman (ds) |
| 91/08/08 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the Southern District of New York to the Hon. Lawrence M. McKenna for pretrail proceedings (rh) |
| 91/08/08 | | TRANSFER ORDER -- Transferring A-9 to the Southern District of New York pursuant to 28 U.S.C. §1407 -- (A-3 thru A-8 actions was DENIED) -- Notified involved judges, clerks, counsel, panel judges and misc. recipients (rh) |

JPML Form 1
Revised: 8/78

DOCKET NO. _890_ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: __In re General Development Corporation Securities Litigation__

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 26, 1991 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | August 8, 1991 | TO | Unpublished | S.D. New York | Hon. Lawrence M. McKenna | |

## Special Transferee Information

DATE CLOSED: _7/9/93_

JPML FORM 1

## LISTING OF INVOLVED ACTIONS

DOCKET NO. 890 -- In re General Development Corporation Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Harold Menowitz v. David F. Brown, et al. | N.Y.,S. Wood | 91-CIV-0594 | | | 7/8/92 D | |
| A-2 | Stanton Spritzler v. David F. Brown, et al. | N.Y.,S. Wood | 91-CIV-1722 | | | 7/8/92 D | |
| A-3 | Alan Tapken, et al. v. General Development Corp., et al. | Fla.,S. Marcus | 90-0691 | | | Denied | 8-8-91 |
| A-4 | Sara Shields v. General Development Corp., et al. | Fla.,S. Marcus | 90-0693 | | | Denied | 8-8-91 |
| A-5 | John Nitti, et al. v. General Development Corp., et al. | Fla.,S. Marcus | 90-0694 | | | Denied | 8-8-91 |
| A-6 | David Jaroslawicz v. General Development Corp., et al. | Fla.,S. Marcus | 90-0707 | | | Denied | 8-8-91 |
| A-7 | Helen Fabrikant v. David F. Brown, et al. | Fla.,S. Marcus | 90-0713 | | | Denied | 8-8-91 |
| A-8 | Carl Goldman v. General Development Corp., et al. | Fla.,S. Marcus | 90-0824 | | | Denied | 8-8-91 |
| A-9 | Harry Drooker v. Painewebber, Inc., et al. | Fla.,S. Marcus | 91-0483 | 8-8-91 | 91-5477 | 7/8/92 D | |

July 1992   2 xyz / 1 Tr / 3 Pending
Sept 1993   3 Dis. /10 pending

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 890 -- In re General Development Corporation Securities
                   Litigation

===========================================================================

HAROLD MENOWITZ   (A-1)
STANTON SPRITZLER (A-2)
Scott W. Fisher, Esq.
Garwin, Bronzaft, Gerstein & Fisher
1501 Broadway - Suite 1416
New York, New York  10036


ALAN TAPKEN   (A-3)
SARA SHIELDS (A-4)
JOHN NITTI   (A-5)
DAVID JAROSLAWICZ (A-6)
HELEN FABRIKANT   (A-7)   Denied
CARL GOLDMAN   (A-8)
Stuart H. Savett, Esquire
Kohn, Savett, Klein & Graf, P.C.
1101 Market Street, Suite 2400
Philadelphia, Pennsylvania  19107


HARRY DROOKER   (A-9)
Bruce W. Keihner, Esq.
6585 Dillman Road
P.O. Box 15255
West Palm Beach, Florida  33416
Miami, Florida  33130


DAVID BROWN
Steven M. Edwards, Esq.
Davis, Markel & Edwards
100 Park Avenue
New York, New York  10017


ROBERT F. EHRLING
Joel Hirschhorn, Esq.
2766 Douglas Road
Miami, Florida  33133


GEORGE T. SCHARFFENBERGER
MARSHALL MANLEY
EDWIN I. HATCH
EBEN W. PYNE
CHARLES J. SIMONS
REUBIN O'D ASKEW
PETER BRINCKERHOFF
HOWARD L. CLARK, JR.
Robert T. Wright, Jr., Esq.
Mershon, Sawyer, Johnston, Dunwody
   & Cole
4500 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2387


KPMG PEAT MARWICK
Lewis N. Brown, Esq.
Gilbride, Heller & Brown, P.A.
15th Floor -  One Biscayne Tower
Two South Biscayne Boulevard
Miami, Florida  33131


PAINEWEBBER, INC.
MERRILL LYNCH, PIERCE, FENNER &
SMITH, INC.
MERRILL LYNCH CAPITAL MARKETS
James J. Hagan, Esq.
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, New York  10017-3909


GERALD STILWELL
Samuel D. Armstrong, Esq.
Richey, Monroe, Fine, Goodman &
Armstrong, P.A.
3100 Southeast Financial Center
200 S. Biscayne Blvd.
Miami, Florida  33131


AMBASE CORPORATION
Mark Hicks, Esq.
Hicks, Anderson & Blum, P.A.
100 North Biscayne Blvd., #2402
Miami, Florida  33132

JPML Form 4 -- Continuation

Panel Attorney Service List -- p.2

DOCKET NO. <u>890</u> --  In re General Development Corporation Securities
        Litigation
=============================================================================


<u>JOSEPH P. ZDON, JR.</u>
Ronald B. Ravikoff, Esq.
Zuckerman, Spaeder, Taylor & Evans
Suite 900, Miami Center
201 South Biscayne Blvd.
Miami, Florida  33131

GERALD P. MOZIAN   (No App Rec'd)
OTIS O. WRAGG, III
<u>TORE T. DEBELLA</u>
James D. Wing, Esq.
Fine, Jacobson, Schwartz, Nash
Block & England
One Centrust Financial Center
100 S.E. 2nd Street, 35th Floor
Miami, Florida  33131-2112

<u>GENERAL DEVELOPMENT CORP.</u>
Richard C. Garrett, Esq.
Greenberg, Traurig, Hoffman
   Lipoff, et al. (No App Rec'd)
1221 Brickell Avenue
Miami, Florida  33131

<u>WILLIAM H. MCQUILLAN</u>
Ronald B. Ravikoff, Esq.
Zuckerman, Spaeder, Taylor & Evans
201 South Biscayne Boulevard
Suite 900 - Miami Center
Miami, Florida  33131

<u>THE HOME INSURANCE COMPANY</u>
Unable to determine counsel or
address

JPML FORM 3

p. ___1___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _890_ --  _In re General Development Corporation Securities Litigation_

| Name of Party | Named as Party in Following Actions |
|---|---|
| David F. Brown | A-1, A-2, A-3, A-4, A-6, A-7, A-8, A-5, A-9 |
| Robert F. Ehrling | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9 |
| Gerard P. Mozian | A-1, A-2, A-4, A-3, A-4 |
| Joseph P. Zdon, Jr. | A-1, A-2, A-4, A-3, A-9 |
| George T. Scharffenberger | A-1, A-2, A-3, A-6, A-7, A-8, A-9 |
| Marshall Manley | A-1, A-2, A-3, A-6, A-7, A-8, A-9 |
| Edwin F. Hatch or Edwin I. Hatch | A-1, A-2, A-3, A-6, A-7, A-8, A-9 |
| Eben W. Pyne | A-1, A-2, A-3, A-6, A-7, A-8, A-9 |
| Charles J. Simons | A-1, A-2, A-6, A-8, A-3, A-4 |
| Reuben O'D. Askew | A-1, A-2, A-3, A-6, A-8, A-9 |
| Peter R. Brinckerhoff | A-1, A-2, A-3, A-6, A-8, A-4 |

p. __2__

| | |
|---|---|
| Howard C. Clark<br>or<br>Howard L. Clark, Jr. | A-1, A-2, A-3, A-6, A-8 , A-9 |
| KPMG Peat Marwick | A-1, A-2, A-3 A-4 |
| Painewebber, Inc. | A-1, A-2, A-9 |
| Merrill Lynch, Pierce, Fenner<br>& Smith, Inc. | A-1, A-2, A-9 |
| General Development Corp. | A-3, A-4, A-5, A-6, A-7, A-8 |
| Gerald Stilwell | A-4, A-3 |
| Otis O. Wragg, III | A-4, A-3 |
| Tore T. DeBella | A-7, A-3 |
| William H. McQuillan | A-7, A-3 |
| Ambase Corp. (formerly known<br>as The Home Group, Inc. | A-7, A-3 |
| The Home Insurance Company | A-7 |

JPML FORM 3

p. __3__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _890_ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Merrill Lynch Capital Markets | A-9 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |